In the Matter of the Accounting of WILLIAM W. GRIFFIN et al., as Executors of HENRY L. GRIFFIN, Deceased.

HUDSON V. GRIFFIN, Appellant; FANNY D. LAWRENCE et al., Respondents.

*Matter of Griffin*, 139 App. Div. 936, affirmed.
(Submitted November 15, 1910; decided November 29, 1910.)

APPEAL from an order of the Appellate Division of the Supreme Court in the second judicial department, entered July 29, 1910, which affirmed a decree of the Suffolk County Surrogate's Court disallowing a claim against the estate of Henry L. Griffin, deceased, for services alleged to have been rendered by one of his executors during his lifetime.

*George C. Hendrickson* for appellant.

*George F. Stackpole* for respondents.

Order affirmed, with costs; no opinion.

Concur: CULLEN, Ch. J., GRAY, HAIGHT, VANN, WERNER and CHASE, JJ. Not voting: WILLARD BARTLETT, J.